**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00586-CV

### IN RE RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-02152**

# ORDER
Before Justices FitzGerald, Lang, and Myers

The Court has before it relator's April 30, 2013 petition for writ of mandamus. The

Court requests that real parties file a response to the petition by Tuesday, May 14, 2013.


/s/    LANA MYERS
       JUSTICE